# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WAYNE CARL THOMAS

NO. 2025 KW 1231

**FEBRUARY 9, 2026**

---

In Re: Wayne Carl Thomas, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 03-10-0155.

---

BEFORE: **THERIOT, BALFOUR, AND HAGGERTY[1], JJ.**

**WRIT DENIED.** See the action of this court in **State v. Thomas**, 2025-1114 (La. App. 1st Cir. 1/9/26), 2026 WL 127695 (unpublished), wherein relator's writ seeking review of the same ruling was denied.

**MRT**
**KEB**
**BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.